IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNETTE JONES, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>HY-VEE, Inc., and NNW, LLC,<br><br>                    Defendants. | CASE NO. 8:14CV92<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiff Annette Jones's Notice of Voluntary Dismissal Without Prejudice (Filing No. 36). The Notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved. The above-captioned case will be dismissed without prejudice. The Court will not assess costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff Annette Jones's Notice of Voluntary Dismissal Without Prejudice (Filing No. 36) is approved;

2. The above-captioned case is dismissed without prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 21st day of July, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge